IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  3:03-cv-391-F |
| ) | (WO) |
| JOHN SWAUGER, ) | |
| ) | |
| Defendant, ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #40) to the Recommendation of the Magistrate Judge (Doc. #39) filed on June 24, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on June 15, 2005 is adopted;

3. Plaintiff's motion for summary judgment (Doc. #34) is DENIED.

4. Plaintiff's motion for leave to file power of attorney is DENIED as moot.

5. This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii) because the claim is frivolous due to lack of factual support, and also pursuant to Federal Rules of Civil Procedure 41(b) due to plaintiff's repeated disregard of this court's orders over a period of two years. All of plaintiff's state law claims are DISMISSED with prejudice.

DONE this 29th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE