IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:03-cv-391-F |
| ) | (WO) |
| JOHN SWAUGER, ) | |
| ) | |
| Defendant, ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is dismissed.

DONE this 29th of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE